# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>            Plaintiff,<br><br>     v.<br><br>SALEH AHMED, et al.,<br><br>            Defendants. | Case No.  1:16-cv-01366-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 8)<br><br>DECEMBER 15, 2016 DEADLINE |

On November 15, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  (ECF No. 8.)

Accordingly, it is HEREBY ORDERED that:

1.      All pending matters and dates are VACATED; and

2.      Plaintiff shall file dispositional documents on or before December 15, 2016.

IT IS SO ORDERED.

Dated:     **November 17, 2016**

UNITED STATES MAGISTRATE JUDGE

1